285

(No. 6216-)

STATE HOUSE INN, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed October 12, 1971.*

STATE HOUSE INN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

This cause coming on to be heard on the Joint Stipulation of the parties hereto and the Court being fully advised in the premises;

THIS COURT FINDS that this claim is for various staff meetings, agent/broker examinations, and interview expenses all held at the State House Inn in Springfield.

IT IS HEREBY ORDERED:

1. That the sum of $193.17 be awarded to claimant in full satisfaction of any and all claims presented to the State of Illinois under the above captioned cause.